ACCEPTED
06-18-00025-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
6/4/2018 10:02 PM
DEBBIE AUTREY
CLERK

## NO. 06-18-00025-CR & 06-18-00026-CR

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** |
| | § | |
| **VS.** | § | **6th COURT** |
| | § | |
| **BRADLEY CURTIS KOUGHER** | § | **OF APPEALS** |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

6/4/2018 10:02:30 PM

DEBBIE AUTREY
Clerk

## THIRD MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Bradley Curtis Kougher, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 8th Judicial District Court of Hopkins County, Texas.

2. The case below was styled the STATE OF TEXAS vs. Bradley Curtis Kougher, and numbered 1726304 and 1726305.

3. Appellant was convicted of Indecency with a Child by Sexual Contact and Sexual Performance of a Child under 14 years of age.

4. Appellant was assessed a sentence of Twenty years in Cause No. 1726304 and Life in Cause No. 1726305 on January 11, 2018.

5. Notice of appeal was given on January 19, 2018.

6. The clerk's record was filed on March 14, 2018; the reporter's record was filed on March 12, 2018.

7. The appellate brief is presently due on June 4, 2018.

8. Appellant requests an extension of time of 3 days from the present date, i.e. June 7, 2018.

9. Two extensions to file the brief has been received in this cause.

10. Defendant is currently incarcerated.

11. Appellant relies on the following facts as good cause for the requested extension:

Appellant's Attorney mistakenly calendared the due date for Appellant's Brief as June 7, 2018. Upon reviewing the file, Appellant's Attorney notice the letter from the Court granting the last motion for extension and setting the due date as today, June 4, 2018. Appellant's Attorney diligently worked on the Brief from that moment until the filing of the Motion for Extension but was unable to finish.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Martin Braddy Attorney at Law
121 Oak Avenue
Suite A
Sulphur Springs, TX 75482

Tel: (903) 885-2040
Fax: (903) 500-2704

By:   /s/ Martin Braddy
      Martin Braddy
      State Bar No. 00796240
      martin.braddy@verizon.net
      Attorney for Bradley Curtis Kougher

## CERTIFICATE OF SERVICE

This is to certify that on June 4, 2018, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Hopkins County, 110 Main St., Sulphur Springs, TX 75482, by electronic service through the Electronic Filing Manager.

      /s/ Martin Braddy
Martin Braddy